■ In the Matter of PARKVIEW ASSOCIATES, Appellant, v CITY

OF NEW YORK et al., Respondents, and CIVITAS CITIZENS, INC., Intervenor-Respondent.—Judgment, Supreme Court, New York County (William McCooe, J.), entered on or about November 25, 1986, unanimously affirmed for the reasons stated by William McCooe, J., without costs and without disbursements. Concur—Murphy, P. J., Sandler, Carro, Asch and Rosenberger, JJ.